**Exhibit A to the Complaint**

**Location:** Union, NJ  **IP Address:** 73.195.211.229
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 87B318292B16327F64998E2B11D8AA8E8F1D9001<br>File Hash:<br>4CD0DCF59DA70450B04C08756ACBF2AE77DE301084DD0645862997228C5E6E77 | 04/30/2024<br>23:48:22 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 2 | Info Hash: 5074EFFEF25582784C83344C1656FFB104A689F1<br>File Hash:<br>B055C7C6FA404EDB800495E2F3ECA39010ABA46404A56DED71DD05EF1F36D155 | 04/30/2024<br>23:47:39 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 3 | Info Hash: 775E209BEF15B1608B2C57D5F94105F0A8F2FEA2<br>File Hash:<br>6CF30846B9C22DF42F9C5B2D0CE77A0575637AD3FEC1182F88134833A2EFE05F | 04/30/2024<br>23:46:06 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 4 | Info Hash: 98898904E8D7E535A5FA5902863C1CA964DDB436<br>File Hash:<br>BBB7AFD8833734F114CA674F580173EE9D733C3A82B3CB1898E5CE6C3D37CF92 | 04/27/2024<br>04:40:43 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 5 | Info Hash: 09D9DBABDCEC1D55BDA37F37D9762C6B0E45393D<br>File Hash:<br>C755B3DD45CAAA9FD35D73B1224FA4716199D71E3F30026B0EB653357454034C | 04/27/2024<br>04:40:39 | Tushy | 01/15/2023 | 01/27/2023 | PA0002393083 |
| 6 | Info Hash: 20B4BD7232002A881F1A0538898C9FF42F4FBAB5<br>File Hash:<br>988FF2D711D0B15EFCE2F19599E508334EB8C5EA4BCBBEE6DC614C8E406D873B | 04/27/2024<br>04:39:58 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 7 | Info Hash: 35352E6290832CF7D161B4E4D18C868036B78325<br>File Hash:<br>859862E361D0D0777AE1A9891349CCEE299BD87FBB1E2341CC5DE0B7A2D99518 | 04/27/2024<br>04:39:39 | Vixen | 01/27/2023 | 04/13/2023 | PA0002406898 |
| 8 | Info Hash: E1B05471B176166410DEFE2E8B97BFC7919E7584<br>File Hash:<br>727DD264C102036358BC996A2AA5EFE8DA6D707E1681C429D91CF6D6AE1044CA | 04/27/2024<br>04:39:36 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |
| 9 | Info Hash: 75FD018EBC1D108262663EBD9BBD074D1FEE0F51<br>File Hash:<br>7AEB001EDB35BD1DE48077AF5F0E63755D2B120D13A7F618FD34C60BEE9BEAD6 | 04/27/2024<br>04:39:29 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 10 | Info Hash: 8ADBF077B90ADDD57155F5BE20D4D31FE793C3F6<br>File Hash:<br>1B855CA1B383B81489795386D3C373E3A4353EB3380AF05D6B8A2578AA3EDEFF | 04/27/2024<br>04:39:27 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 11 | Info Hash: 523BCF521E83C4F167707EDBCDA3410EEE92111A<br>File Hash:<br>20151880DB7391EB23D3AEC9021407772BA7967A241D5539CD5BCC9CA3BF0EB4 | 04/27/2024<br>04:39:07 | Vixen | 01/20/2023 | 01/27/2023 | PA0002393071 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E433346B5BE809A75F0BB985BBD45142855C22DF<br>File Hash:<br>55E6979E5EA4673E80EFEE7E4EB4FDF2008C42930252AFB648D90E4F4E7C8A17 | 04/27/2024<br>04:38:44 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |
| 13 | Info Hash: 957D9F2537B5444076709B211239B683A51C7F77<br>File Hash:<br>D3ED799246670DD54C2CC02BE31F7F4FA6AABBDA769C79C46B2566914E88B25C | 03/05/2024<br>03:11:26 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 14 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 03/04/2024<br>23:42:55 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 15 | Info Hash: 00F1783BCA1C0CBBFECF610ED5BB727BF2F94E8B<br>File Hash:<br>7F3B0067F9600D52025C73ADE698226A441BECE9D332B9EC9BB9A278959E40B6 | 03/02/2024<br>06:20:29 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 16 | Info Hash: B6707265894ECED7B335B3124A286445E5D640D3<br>File Hash:<br>71FAC1AC301F28B188A6F1A4E7C5E2C1596D4B63CADA3CDF8D0AB4B02B6EFD92 | 02/27/2024<br>06:20:00 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 17 | Info Hash: 357BDDC68E9914EE9A019E21D8D9D5A448807CAD<br>File Hash:<br>737EB9626A12898E8D59BE7AB4FAA123982A16A44E403B31C528C15FB3CBA751 | 02/25/2024<br>22:31:08 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 18 | Info Hash: 8258A4B6203BF3D3657AF958752C5E6F0E8DA3B5<br>File Hash:<br>BAC1C9931C7F00116631B93E0C4D798A4EC088B91265CDFF9EAA07FD8D367BDD | 02/10/2024<br>23:16:08 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 19 | Info Hash: 4FA6DAA4B0424D75CAC76A3588F638BA67C3EB7B<br>File Hash:<br>8182D585A1C509C0468E762BC35C7A5A5F1A3E370C43550AD51056D2B5897FE4 | 02/09/2024<br>20:02:15 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 20 | Info Hash: 5DB3EEC26EF12460115C504277E405074F32DE01<br>File Hash:<br>18A7C1FAF876A31D9B5DA6C4899D7D745E20B047A006CD870D9768094BAE37F7 | 02/05/2024<br>14:22:57 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 21 | Info Hash: C5B2811ECEA9106A1C7667A23A3E65FDA4EF3B1B<br>File Hash:<br>8B2BA1044249ADDF06F08F7006ACD0FAE6EEE741E41B84693BE9145C08B55428 | 02/04/2024<br>21:44:37 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 22 | Info Hash: D4B55D546D224DFA5E1F12A02EB257202E8E4F5D<br>File Hash:<br>0E685FB5AA54A3A8554A29D8D9A225BC4EC709DF668A26C9F9825AF54C76A56D | 01/30/2024<br>00:02:52 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 23 | Info Hash: C09A2BDD6A770653A1B0F5D7A1383DC547593C05<br>File Hash:<br>4231FB153C33F73354EA22321E251A8870B1872DE3E8FAB08D9863DD2D5B7080 | 01/21/2024<br>05:02:30 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2FD121C5BDF053F4ABB9D1D765731F5C2525F5AF<br>File Hash:<br>F3D79CCB3BB7A91D91D0D21D994526F36385EC028433B690EEFF100F2F55A32A | 01/16/2024 03:49:08 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 25 | Info Hash: 60EF95299AFEC2A175C17B852B2DEEFD4F1BAEE2<br>File Hash:<br>263E309382B65BEC57D1E26AEE250D7AEDFBF36F0B8F1A18E64D8916165E31E2 | 01/13/2024 01:48:12 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |